NOTICE TO COUNSEL:

    To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

_____

                                                                               Case No. _____

                v.

_____

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

I, the undersigned counsel of record for _____, make the following disclosure:

1.     Is said party a subsidiary or affiliate of a publicly owned corporation?

        YES        NO

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

_____

2.     Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

        YES        NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

_____


_____        _____
Signature of Counsel                                                    Date

4/19/11